UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LUIS MIGUEL GONZALEZ-BUSTAMANTE,

        Defendant.
                                        /

CRIMINAL NO. 11-30645

HONORABLE MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

## ORDER ACCEPTING AND ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Laurie J. Michelson dated December 12, 2011. The Government and defendant having agreed to certain bond conditions, therefore, the Court will accept the Magistrate Judge's R&R and bond of $25,000.00 may be secured by real estate in Detroit, Michigan, to wit: 1183 Wheelock Street, Detroit MI 48209.

    **SO ORDERED.**

                                          s/Marianne O. Battani
                                          Marianne O. Battani
                                          United States District Judge

DATED: December 12, 2011

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means and/or U.S. Mail on December 12, 2011.

                                          s/Bernadette M. Thebolt
                                          Case Manager